know he was required to pay the card off each month; that his false statements made to the investigators about his use of the card were immaterial; and that the mere fact that he was too sick to work did not mean it was inappropriate to "visit[ ] a casino during his convalescence." Petitioner's Br. 28. When reviewing an agency's penalty determination, we will disturb that determination only if the punishment, in light of the evidence, is "totally unwarranted." *See Lachance v. Devall,* 178 F.3d 1246, 1251 (Fed.Cir.1999) (citations omitted). In light of the severity and numerosity of the charges, we find no basis for disturbing the determination that removal was an appropriate punishment.

### AFFIRMED

Costs

No costs.

**CRADLE IP LLC, Plaintiff–Appellant,**

v.

**TEXAS INSTRUMENTS, INC., Defendant–Appellee.**

No. 2014–1193.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Charles W. Saber, Dickstein Shapiro LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Salvator P. Tamburo. Of counsel were Leslie A. Lee; and Steven T. Skelley, of New York, NY.

Robert T. Haslam, Covington & Burling LLP, of Redwood Shores, CA, argued for defendant-appellee. With him on the brief was Anupam Sharma. Of counsel were Hyun Sik Byun, Patrick Norton Flynn, Thomas E. Garten, Charlin Chia–Ning Lu; and John Jeffery Patti And Sarah Russell Vollbrecht, Texas Instruments, Inc., of Dallas, TX.

DYK, REYNA, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**HEAR–WEAR TECHNOLOGIES, LLC, Appellant,**

v.

**K/S HIMPP, Appellee.**

No. 2014–1357.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Jonathan S. Franklin, Fulbright & Jaworski LLP, of Washington, DC, argued for appellant. Of counsel on the brief was Sheila Kadura, of Austin, Texas.

Robert Greene Sterne, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for appellee. With him on the brief were Jon E. Wright and Jason D. Eisenberg.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**GAMECASTER, INC., Appellant,**

v.

**DREAMWORKS ANIMATION SKG, INC., Appellee.**

No. 2014–1380.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Patrick F. Bright, Wagner, Anderson & Bright, P.C., of Glendale, CA, argued for appellant.

Charles S. Barquist, Morrison & Foerster LLP, of Los Angeles, CA, argued for appellee. On the brief were Marc A. Hearron, of Washington, DC and Christopher B. Eide, of Palo Alto, CA.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ODORSTAR TECHNOLOGY LLC, and Kinpak, Plaintiffs–Appellants,**

v.

**SMM DISTRIBUTORS LLC, and SMM Manufacturing, Inc., Defendants–Appellees.**

No. 2014–1417.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Patrick J. Coyne, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of New York, NY, argued for plaintiff-appellants.